B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Massachusetts | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Peptimmune, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**04-3589981** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**PO Box 440526**<br>**Somerville, MA**<br><div align="right">ZIP Code</div>**02144** | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Middlesex** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9         of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13         of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,      ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as         business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Peptimmune, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)        (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                           Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Peptimmune, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ James M. Wilton**
_____
Signature of Attorney for Debtor(s)

**James M. Wilton**
_____
Printed Name of Attorney for Debtor(s)

**Ropes & Gray LLP**
_____
Firm Name
**Prudential Tower
800 Boylston Street
Boston, MA 02199-3600**

_____
Address

**617-951-7000  Fax: 617-951-7050**
_____
Telephone Number

**March 21, 2011**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Thomas P. Mathers**
_____
Signature of Authorized Individual

**Thomas P. Mathers**
_____
Printed Name of Authorized Individual

**President & CEO**
_____
Title of Authorized Individual

**March 21, 2011**
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

### District of Massachusetts

In re    **Peptimmune, Inc.**                                        ,    Case No. _____

Debtor

Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 18 | 2,013,235.66 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 46,900.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 2,127,622.84 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 32 | | | |
| Total Assets | | | 2,013,235.66 | | |
| Total Liabilities | | | | 2,174,522.84 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### District of Massachusetts

In re    **Peptimmune, Inc.**                                                     ,     Case No. _____

                                                     Debtor

                                                           Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re   **Peptimmune, Inc.**                                                                    ,        Case No. _____

                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Peptimmune, Inc.**                                                                    ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account - Societe Generale Paris, France (Declion Pharmaceuticals, Inc. Account)** | - | 2,341.00 |
| | | **Operating Account - Silicon Valley Bank** | - | 3,622.18 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Director and Officer Insurance - William Gallagher Assoc., 470 Atlantic Ave., Boston, MA 02210 Workers Compensation Insurance - William Gallagher Assoc., 470 Atlantic Ave., Boston, MA 02210** | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **5,963.18** |
| (Total of this page) | |

__2__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Peptimmune, Inc.**                                              ,        Case No. _____
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100 shares of Declion Pharmaceuticals, Inc. a wholly owned subsidiary** | - | **5,000.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >         **5,000.00**
(Total of this page)

Sheet  __1__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Peptimmune, Inc.**                                                ,        Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **See Attached Schedule** | - | **2,000,000.00** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Harvard License [for value, see Schedule B, Item 22]** | - | **0.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **laptop/computer equipment undepreciated value** | - | **2,272.48** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Corporate records, clinical data, and other assets described and at locations specified in Schedule G** | - | **Unknown** |

|  | Sub-Total >  | **2,002,272.48** |
|---|---|---|
|  | (Total of this page) | |
|  | Total >  | **2,013,235.66** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                         Best Case Bankruptcy

# Peptimmune Inventory

Stored at:

1.

Masy Systems, Inc.
10-4 Lomar Park Drive
P. O. Box 485
Pepperell, MA 01463
978-433-MASY (6279) - x122

|  | CMC | Methods | DEEP |
|---|---|---|---|
| Ambient | RT-1 (Bag) |  |  |
| 5C | 1 Rack (2301), 2 Blister Packs, 8 Trays, 2 Small Boxes (marked CIT), 1 Box of Blue Capped Vials | 1 box, Plastic Bin | 1 rack |
| -20C | 3 Trays, 2 Lock Boxes | 9 large boxes, 2 small boxes, 5 trays | 2 Bags |
| -80C | 1 Box Wrapped in paper towels | 18 Boxes, 1 White Bin, 1 Bag | 1 Rack, 35 Large Boxes, 14 Small Boxes, Cryo Box |

2.

Corden Pharma Switzerland
Eichenweg 1 CH-4410 Liestal
Switzerland
+41619065900

Storage of 1 kg of C013 TFA salt drug
Intermediates

3.

Fisher Clinical Services
7554 Schantz Road
Allentown, PA 18106
610-871-8461

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date Time: Jan 7, 2011 03:04 PM | | | | | | | | Page: | 1 of 9 |
| Sort Order: Component, Lot, ReceiptID | | | | | | | | Report Name: rptDisposition | |
| Criteria: See Report Footer | | | | | | | | Report ID: 1257 | |

# Disposition Report

## Peptimmune, Inc.

| | Warehouse | Location | Cont ID | Cust. Cont. | Status | Quantity | Sample Type |
|---|---|---|---|---|---|---|---|

### B43641 — Customer Product ID: — Unit: Syringe

Description:  PI-2301 3mg unlabeled 0.5mL/Syringe — Customer Supplied : Y

Details:

Lot 1-FIN-0742 — Lot Exp Dt — Retest Date :

Receipt DR87540 — Last Activity Date : Oct 28, 2009 — Job : 26140 — Protocol : CO-200-201

| | Warehouse | Location | Cont ID | Status | Quantity |
|---|---|---|---|---|---|
| ☐ Store  ☐ Return  ☐ Destroy | 7554 Allentown | DSR39-08B2 | 0 | Approved | 10,353 |
| | | | | **Total BOH:** | **10,353** |

### B43642 — Customer Product ID: — Unit: Syringe

Description:  PI-2301 10mg unlabeled 0.5mL/Syringe — Customer Supplied : Y

Details:

Lot 1-FIN-0739 — Lot Exp Dt — Retest Date :

Receipt DR87539 — Last Activity Date : Oct 28, 2009 — Job : 26140 — Protocol : CO-200-201

| | Warehouse | Location | Cont ID | Status | Quantity |
|---|---|---|---|---|---|
| ☐ Store  ☐ Return  ☐ Destroy | 7554 Allentown | DSR37-08D2 | 0 | Approved | 10,235 |
| | | | | **Total BOH:** | **10,235** |

### B43643 — Customer Product ID: — Unit: Syringe

Description:  Placebo for PI-2301 unlabeled 0.5mL/Syringe — Customer Supplied : Y

Details:

Lot 1-FIN-0740 | N/A — Lot Exp Dt — Retest Date :

Receipt DR86999 — Last Activity Date : Nov 5, 2009 — Job : 26140 — Protocol : CO-200-201

| | Warehouse | Location | Cont ID | Status | Quantity |
|---|---|---|---|---|---|
| ☐ Store  ☐ Return  ☐ Destroy | 7554 Allentown | DSR42-07B1 | 0 | Approved | 10,588 |
| | | | | **Total BOH:** | **10,588** |

### B43644 — Customer Product ID: — Unit: Syringe

Description:  Placebo for PI-2301 unlabeled 1.0mL/Syringe — Customer Supplied : Y

Details:

Lot 1-FIN-0732 — Lot Exp Dt — Retest Date :

Receipt DR87956 — Last Activity Date : Nov 5, 2009 — Job : 26140 — Protocol : CO-200-201

| | Warehouse | Location | Cont ID | Status | Quantity |
|---|---|---|---|---|---|
| ☐ Store  ☐ Return  ☐ Destroy | 7554 Allentown | DSR43-07A1 | 0 | Approved | 18,601 |
| | | | | **Total BOH:** | **18,601** |

### C1746 — Customer Product ID: — Unit: EA

Description:  4-cavity Key-Pak TR blister card, Dwg 20289, Art A11563 — Customer Supplied : N

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
Date Time: Jan 7, 2011 03:04 PM | | | | | | | | Page: 2 of 9 | |
Sort Order: Component, Lot, ReceiptID | | | | | | | Report Name: rptDisposition | | |
Criteria: See Report Footer | | | | | | | Report ID: 1257 | | |

# Disposition Report

## Peptimmune, Inc.

| | Warehouse | Location | Cont ID | Cust. Cont. | Status | Quantity | Sample Type |
|---|---|---|---|---|---|---|---|

Details: Print 1/C Black, Aqueous Coating, .016 SBS, Key-Pak, Flat Size: 18-9/16 x 11, Die Side: Flex-Con, Gloss 92 Gauge Polyester, Print Side: Clay Coating

| Lot | | Lot Exp Dt | | Retest Date : | |
|---|---|---|---|---|---|

Receipt  CR69019          Last Activity Date :  Nov 9, 2009          Job :  26140          Protocol : CO-200-201

| | | | Warehouse | Location | Cont ID | Status | Quantity |
|---|---|---|---|---|---|---|---|
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | Q101-14G | 0 | Approved | 90 |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0051-09F | 0 | Approved | 250 |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0051-09F | 0 | Approved | 250 |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0051-09F | 0 | Approved | 250 |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | Q101-14G | 0 | Approved | 250 |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | Q101-14G | 0 | Approved | 250 |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0051-09F | 0 | Approved | 250 |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | Q101-14G | 0 | Approved | 250 |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | Q101-14G | 0 | Approved | 250 |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0051-09F | 0 | Approved | 250 |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | Q101-14G | 0 | Approved | 250 |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | Q101-14G | 0 | Approved | 250 |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0051-09F | 0 | Approved | 250 |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0051-09F | 0 | Approved | 250 |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | Q101-14G | 0 | Approved | 250 |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | Q101-14G | 0 | Approved | 250 |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0051-09F | 0 | Approved | 250 |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0051-09F | 0 | Approved | 250 |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | Q101-14G | 0 | Approved | 250 |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | Q101-14G | 0 | Approved | 250 |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0051-09F | 0 | Approved | 250 |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | Q101-14G | 0 | Approved | 250 |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | Q101-14G | 0 | Approved | 250 |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0051-09F | 0 | Approved | 250 |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0051-09F | 0 | Approved | 250 |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | Q101-14G | 0 | Approved | 250 |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0051-09F | 0 | Approved | 250 |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | Q101-14G | 0 | Approved | 250 |

**Disposition Report**

Peptimmune, Inc.

| | | | Warehouse | Location | Cont ID | Cust. Cont. | Status | Quantity | Sample Type |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | Q101-14G | 0 | | Approved | 250 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0051-09F | 0 | | Approved | 250 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | Q101-14G | 0 | | Approved | 250 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0051-09F | 0 | | Approved | 250 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0051-09F | 0 | | Approved | 250 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0051-09F | 0 | | Approved | 250 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | Q101-14G | 0 | | Approved | 250 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | Q101-14G | 0 | | Approved | 250 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0051-09F | 0 | | Approved | 250 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | Q101-14G | 0 | | Approved | 250 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0051-09F | 0 | | Approved | 250 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | Q101-14G | 0 | | Approved | 250 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0051-09F | 0 | | Approved | 250 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | Q101-14G | 0 | | Approved | 250 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0051-09F | 0 | | Approved | 250 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0051-09F | 0 | | Approved | 250 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0051-09F | 0 | | Approved | 250 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | Q101-14G | 0 | | Approved | 250 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0051-09F | 0 | | Approved | 250 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | Q101-14G | 0 | | Approved | 250 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | Q101-14G | 0 | | Approved | 250 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0051-09F | 0 | | Approved | 250 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0051-09F | 0 | | Approved | 250 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0051-09F | 0 | | Approved | 250 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0051-09F | 0 | | Approved | 250 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | Q101-14G | 0 | | Approved | 250 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | Q101-14G | 0 | | Approved | 250 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | Q101-14G | 0 | | Approved | 250 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | Q101-14G | 0 | | Approved | 250 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0051-09F | 0 | | Approved | 250 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0051-09F | 0 | | Approved | 250 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0051-09F | 0 | | Approved | 250 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | Q101-14G | 0 | | Approved | 250 | |

**Total BOH:**          15,590

| | | | | |
|---|---|---|---|---|
| Date Time: | Jan 7, 2011 03:04 PM | | Page: | 4 of 9 |
| Sort Order: | Component, Lot, ReceiptID | | Report Name: | rptDisposition |
| Criteria: | See Report Footer | | Report ID: | 1257 |

# Disposition Report

## Peptimmune, Inc.

| | Warehouse | Location | Cont ID | Cust. Cont. | Status | Quantity | Sample Type |
|---|---|---|---|---|---|---|---|

### J1898   Customer Product ID:   Unit: EA

Description:  Alcohol Prep Pads                                          Customer Supplied :   N
Details:  Fisher # 06-669-62

| Lot 0916928 | | Lot Exp Dt | Aug 31, 2011 | Retest Date : | |
|---|---|---|---|---|---|
| Receipt CR68631 | | Last Activity Date : Oct 20, 2009 | | Job : 26140 | Protocol : CO-200-201 |

| | | | Warehouse | Location | Cont ID | Status | Quantity |
|---|---|---|---|---|---|---|---|
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0024-30D | 0 | Approved | 4,000 |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0024-30D | 0 | Approved | 4,000 |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0024-30D | 0 | Approved | 4,000 |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0024-30D | 0 | Approved | 4,000 |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0024-30D | 0 | Approved | 4,000 |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0024-30D | 0 | Approved | 4,000 |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0024-30D | 0 | Approved | 4,000 |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0024-30D | 0 | Approved | 4,000 |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0024-30D | 0 | Approved | 4,000 |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0024-30D | 0 | Approved | 4,000 |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0024-30D | 0 | Approved | 4,000 |

**Total BOH:   44,000**

### J3072   Customer Product ID:   Unit: each

Description:  Sharps Container, 1 quart, Red                                Customer Supplied :   N
Details:  Sharps Container, Fisherbrand "Sharps-A-Gator", 1 quart, Red, Thermofisher cat. # 14-827-109

| Lot 91271 | | Lot Exp Dt | | Retest Date : | |
|---|---|---|---|---|---|
| Receipt CR68571 | | Last Activity Date : Dec 2, 2009 | | Job : 26140 | Protocol : CO-200-201 |

| | | | Warehouse | Location | Cont ID | Status | Quantity |
|---|---|---|---|---|---|---|---|
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17D1 | 85095 | Approved | 18 |
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17D1 | 85095 | Approved | 18 |
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17D1 | 85095 | Approved | 18 |
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17D1 | 85095 | Approved | 18 |
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17D1 | 85095 | Approved | 18 |
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17D1 | 85095 | Approved | 18 |
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17D1 | 85095 | Approved | 18 |
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17D1 | 85095 | Approved | 18 |
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17D1 | 85095 | Approved | 18 |

# Disposition Report

## Peptimmune, Inc.

| | | | Warehouse | Location | Cont ID | Cust. Cont. | Status | Quantity | Sample Type |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17D1 | 85095 | | Approved | 18 | |
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17D1 | 85095 | | Approved | 18 | |
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17D1 | 85095 | | Approved | 18 | |
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17D1 | 85095 | | Approved | 18 | |
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17D1 | 85095 | | Approved | 18 | |

Lot 92762     Lot Exp Dt     Retest Date :
Receipt  CR68574     Last Activity Date :  Dec 2, 2009     Job :  26140     Protocol : CO-200-201

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17D2 | 85096 | | Approved | 18 | |
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17D2 | 85096 | | Approved | 18 | |
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17D2 | 85096 | | Approved | 18 | |
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17D2 | 85096 | | Approved | 18 | |
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17D2 | 85096 | | Approved | 18 | |
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17D2 | 85096 | | Approved | 18 | |
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17D2 | 85096 | | Approved | 18 | |
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17D2 | 85096 | | Approved | 18 | |

Lot 92342     Lot Exp Dt     Retest Date :
Receipt  CR68576     Last Activity Date :  Dec 2, 2009     Job :  26140     Protocol : CO-200-201

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17D1 | 85095 | | Approved | 18 | |
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17D1 | 85095 | | Approved | 18 | |
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17D1 | 85095 | | Approved | 18 | |
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17D1 | 85095 | | Approved | 18 | |

Lot 92352     Lot Exp Dt     Retest Date :
Receipt  CR68577     Last Activity Date :  Dec 2, 2009     Job :  26140     Protocol : CO-200-201

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17D1 | 85095 | | Approved | 18 | |
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17D1 | 85095 | | Approved | 18 | |

Receipt  CR68581     Last Activity Date :  Dec 2, 2009     Job :  26140     Protocol : CO-200-201

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17D1 | 85095 | | Approved | 18 | |
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17D1 | 85095 | | Approved | 18 | |

Lot 92272     Lot Exp Dt     Retest Date :
Receipt  CR68578     Last Activity Date :  Dec 2, 2009     Job :  26140     Protocol : CO-200-201

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17D1 | 85095 | | Approved | 18 | |

| Date Time: | Jan 7, 2011 03:04 PM | | | | | | Page: | 6 of 9 |
| Sort Order: | Component, Lot, ReceiptID | | | | | | Report Name: | rptDisposition |
| Criteria: | See Report Footer | | | | | | Report ID: | 1257 |

# Disposition Report

## Peptimmune, Inc.

| | | | Warehouse | Location | Cont ID | Cust. Cont. | Status | Quantity | Sample Type |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17D1 | 85095 | | Approved | 18 | |

Lot 92361                          Lot Exp Dt                          Retest Date :
Receipt CR68579          Last Activity Date : Dec 2, 2009          Job : 26140          Protocol : CO-200-201

| | | | Warehouse | Location | Cont ID | Cust. Cont. | Status | Quantity | Sample Type |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17D1 | 85095 | | Approved | 18 | |
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17D1 | 85095 | | Approved | 18 | |
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17D1 | 85095 | | Approved | 18 | |
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17D1 | 85095 | | Approved | 18 | |

**Total BOH:**          **702**

## J3889          Customer Product ID:          Unit: each

Description:  BD Hypak Plunger Rod for Syringe Barrels          Customer Supplied :  Y
Details:

Lot 940812                          Lot Exp Dt                          Retest Date :
Receipt CR68037          Last Activity Date : Oct 3, 2009          Job : 26140          Protocol : CO-200-201

| | | | Warehouse | Location | Cont ID | Status | Quantity |
|---|---|---|---|---|---|---|---|
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0024-03C | 0 | Approved | 2,400 |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0024-03C | 0 | Approved | 2,400 |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0024-03C | 0 | Approved | 15,000 |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0024-03C | 0 | Approved | 15,000 |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0024-03C | 0 | Approved | 15,000 |

**Total BOH:**          **49,800**

## J3918          Customer Product ID:          Unit: Each

Description:  Lunch Bag Cooler for Patient Transport          Customer Supplied :  N
Details:  Inkwell#C-6696

Lot                          Lot Exp Dt                          Retest Date :
Receipt CR68776          Last Activity Date : Mar 5, 2010          Job : 26140          Protocol : CO-200-201

| | | | Warehouse | Location | Cont ID | Status | Quantity |
|---|---|---|---|---|---|---|---|
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17C1 | 84999 | Approved | 50 |
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17C1 | 84999 | Approved | 50 |
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17C1 | 84999 | Approved | 50 |
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17C1 | 84999 | Approved | 50 |
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17C1 | 84999 | Approved | 50 |
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17C1 | 84999 | Approved | 50 |
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17C1 | 84999 | Approved | 50 |
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17C1 | 84999 | Approved | 50 |

| Date Time: | Jan 7, 2011 03:04 PM | | | | | | | Page: | 7 of 9 |
| Sort Order: | Component, Lot, ReceiptID | | | | | | | Report Name: | rptDisposition |
| Criteria: | See Report Footer | | | | | | | Report ID: | 1257 |

## Disposition Report

## Peptimmune, Inc.

| | | | Warehouse | Location | Cont ID | Cust. Cont. | Status | Quantity | Sample Type |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Store | ☐ Return | ☐ Destroy | 700 Nestleway | NW04-17C1 | 84999 | | Approved | 50 | |
| | | | | | | | **Total BOH:** | **450** | |

### N6614 — Customer Product ID: — Unit: EA

Description: 5x Carton, Dwg 20343    Customer Supplied : N

Details: .024 SBS, TT/4 Fold Bottom, Size: 5-5/8 x 3-3/16 x 9-1/8, Die Side: Finish = Poly Coat, Print Side: Clay Coating

| Lot | | | | Lot Exp Dt | | | Retest Date : | | |
|---|---|---|---|---|---|---|---|---|---|
| Receipt CR68735 | | | Last Activity Date : Oct 24, 2009 | | | Job : 26140 | | Protocol : CO-200-201 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0049-08E | 0 | | Approved | 265 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0049-08E | 0 | | Approved | 275 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0049-08E | 0 | | Approved | 275 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0049-08E | 0 | | Approved | 275 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0049-08E | 0 | | Approved | 275 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0049-08E | 0 | | Approved | 275 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0049-08E | 0 | | Approved | 275 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0049-08E | 0 | | Approved | 275 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0049-08E | 0 | | Approved | 275 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0049-08E | 0 | | Approved | 275 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0049-08E | 0 | | Approved | 275 | |
| | | | | | | | **Total BOH:** | **3,015** | |

### T5612 — Customer Product ID: — Unit: each

Description: Sealing Board for Cards, Dwg 20289    Customer Supplied : N

Details:

| Lot | | | | Lot Exp Dt | | | Retest Date : | | |
|---|---|---|---|---|---|---|---|---|---|
| Receipt CR69093 | | | Last Activity Date : Nov 10, 2009 | | | Job : 26140 | | Protocol : CO-200-201 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0051-09F | 0 | | Approved | 1 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0051-09F | 0 | | Approved | 1 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0051-09F | 0 | | Approved | 1 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | 0051-09F | 0 | | Approved | 1 | |
| | | | | | | | **Total BOH:** | **4** | |

### B11070 — Customer Product ID: — Unit: vial

Description: CO-14 20mg/mL (1.2mL Solution for Injection) Vials    Customer Supplied : Y

Details: QA-67 #: 424. For Distribution Only. This CO-14 is 2-8 degrees C. The API powder is -20 degrees C.

# Disposition Report

## Peptimmune, Inc.

| | Warehouse | Location | Cont ID | Cust. Cont. | Status | Quantity | Sample Type |
|---|---|---|---|---|---|---|---|

| Lot 297-01-001 | | Lot Exp Dt | | | Retest Date : | | |
| Receipt DR25976 | | Last Activity Date : Oct 2, 2009 | | Job : 20325 | | Protocol : PI-2301 | |
| ☐ Store   ☐ Return   ☐ Destroy | 7554 Allentown | DSR43-07A1 | 0 | | Approved | 13 | |

| Lot 297-01-002 | | Lot Exp Dt | | | Retest Date : | | |
| Receipt DR47433 | | Last Activity Date : Jun 12, 2008 | | Job : 20325 | | Protocol : PI-2301 | |
| ☐ Store   ☐ Return   ☐ Destroy | 7554 Allentown | DSR43-07A1 | 0 | | Approved | 29 | |

| Lot 297-01-004 | | Lot Exp Dt | | | Retest Date : | | |
| Receipt DR47603 | | Last Activity Date : Jun 8, 2009 | | Job : 20325 | | Protocol : PI-2301 | |
| ☐ Store   ☐ Return   ☐ Destroy | 7554 Allentown | DSR43-07A1 | 0 | | Approved | 224 | |

| Lot 297-01-003 | | Lot Exp Dt | | | Retest Date : | | |
| Receipt DR47602 | | Last Activity Date : May 6, 2010 | | Job : 20325 | | Protocol : PI-2301 | |
| ☐ Store   ☐ Return   ☐ Destroy | 7554 Allentown | DSF0-10C2 | 0 | | Approved | 207 | |

**Total BOH:** 473

## B35382    Customer Product ID:    Unit: grams

Description: CO-14 API Acetate Powder    Customer Supplied : Y
Details:

| Lot R1972 | | Lot Exp Dt | | | Retest Date : | Dec 31, 2008 | |
| Receipt DR45485 | | Last Activity Date : Apr 23, 2010 | | Job : 20325 | | Protocol : PI-2301 | |
| ☐ Store   ☐ Return   ☐ Destroy | 7554 Allentown | DSF0-10C2 | 0 | | Approved | 1 | |

**Total BOH:** 1

## B35379    Customer Product ID:    Unit: Grams

Description: CO-14 API Acetate Powder    Customer Supplied : Y
Details:

| Lot DP-05-121-S0573 | | Lot Exp Dt | | | Retest Date : | Apr 30, 2009 | |
| Receipt DR42776 | | Last Activity Date : Apr 23, 2010 | | Job : 15042 | | Protocol : Storage Only | |
| ☐ Store   ☐ Return   ☐ Destroy | 7554 Allentown | DSF0-17E1 | 0 | | Approved | 9 | |

| Lot U0453 | | Lot Exp Dt | | | Retest Date : | May 31, 2011 | |
| Receipt DR77945 | | Last Activity Date : Apr 23, 2010 | | Job : 15042 | | Protocol : Storage Only | |
| ☐ Store   ☐ Return   ☐ Destroy | 7554 Allentown | DSF0-12C2 | 0 | | Approved | 13 | |

| Lot U0517 | | Lot Exp Dt | | | Retest Date : | Jun 30, 2011 | |
| Receipt DR80347 | | Last Activity Date : Apr 23, 2010 | | Job : 15042 | | Protocol : Storage Only | |

# Disposition Report

## Peptimmune, Inc.

**Date Time:** Jan 7, 2011 03:04 PM
**Sort Order:** Component, Lot, ReceiptID
**Criteria:** See Report Footer

| | | | Warehouse | Location | Cont ID | Cust. Cont. | Status | Quantity | Sample Type |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | DSF0-12C2 | 0 | | Approved | 100 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | DSF0-12C2 | 0 | | Approved | 100 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | DSF0-12C2 | 0 | | Approved | 100 | |
| ☐ Store | ☐ Return | ☐ Destroy | 7554 Allentown | DSF0-12C2 | 0 | | Approved | 100 | |
| | | | | | | | **Total BOH:** | **422** | |

Disposition Authorized By:_____    Date:_____

Customer: Peptimmune, Inc. AND Jobs IN 26140,20325,17862,15509,15044,15042

**Schedule of "DEEP" Patents and Patent Applications**

All patents and patent applications owned or controlled by Peptimmune as listed herein, all divisional, continuation, and continuation-in-part applications of any such patent applications, all patents issuing from any of the foregoing applications, all reissues, reexaminations and extensions.

Legend

| Patent Family | Descriptive Title |
|---|---|
| 014 | METHODS FOR DESIGNING AND SYNTHESIZING DIRECTED SEQUENCE POLYMER COMPOSITIONS VIA THE DIRECTED EXPANSION OF EPITOPE PERMEABILITY |
| 020 | METHODS FOR THE DIRECTED EXPANSION OF EPITOPES FOR USE AS ANTIBODY LIGANDS |
| 022 | METHODS FOR DESIGNING AND PREPARING VACCINES COMPRISING DIRECTED SEQUENCE POLYMER COMPOSITIONS VIA THE DIRECTED EXPANSION OF EPITOPES |
| 028 | DESIGN AND SYNTHESIS OF DIRECTED SEQUENCE POLYMER COMPOSITIONS AND ANTIBODIES THEREOF FOR THE TREATMENT OF PROTEIN CONFORMATIONAL DISORDERS |
| 045 | METHODS FOR IMPROVING THE DESIGN, BIOAVAILABILITY, AND EFFICACY OF COMPLEX PEPTIDE MIXTURES VIA SERUM PROTEIN-BASED DETECTION OF COMPLEX PEPTIDE MIXTURES |

Peptimmune controlled Patents & Patent Applications.

| Family | country | SERIAL NUMBER | Assigned to Declion |
|---|---|---|---|
| 014 | US (Prov) | 60/792,085 | |
| 014 | US (P01) | 11/787,229 | √ |
| 014 | PCT | PCT/US2007/009149 | √ |
| 014 | AU | 2007238595 | |
| 014 | CA | 2 649 296 | |
| 014 | EP | 07755426.9 | |
| 014 | HK | 91066359 | |
| 014 | JP | 2009505502 | |
| 020 | US (Prov) | 60/928,225 | √ |
| 020 | US (Prov) | 60/999,283 | √ |
| 020 | PCT | US2008/005919 | √ |
| 020 | US | 12/151,762 | √ |
| 020 | US (371) | 12/451,323 | √ |
| 020 | AU | 2008287530 | |
| 020 | BR | PI08112932 | |
| 020 | CA | 2,686,817 | |

| Family | country | SERIAL NUMBER | Assigned to Declion |
|--------|---------|---------------|---------------------|
| 020 | EP | 88273206 | |
| 020 | HK | 101083015 | |
| 020 | IL | 201997 | |
| 020 | IN | 7251DELNP2009 | |
| 020 | NZ | 581190 | |
| 020 | KR | 10-2009-7025559 | |
| 020 | MX | MX/a/2009/012085 | |
| 020 | JP | 2010-507464 | |
| 020 | CN | 200880023441.6 | |
| 020 | ZA | 2009/08142 | |
| 022 | US (Prov) | 60/999,284 | √ |
| 022 | US (Prov) | 61/124,689 | √ |
| 022 | US (Prov) | 61/196,473 | √ |
| 022 | PCT | US2008/011871 | √ |
| 022 | US | 12/288,345 | √ |
| 022 | AP | APP2010005261 | |
| 022 | AU | 2008311897 | |
| 022 | BR | PI08176825 | |
| 022 | CA | 2709679 | |
| 022 | EP | 88395009 | |
| 022 | IL | 205171 | |
| 022 | IN | 3428DELNP2010 | |
| 022 | KR | 1.02011E+12 | |
| 022 | NZ | 585367 | |
| 022 | OA | 1201000143 | |
| 022 | SG | 2010027035 | |
| 022 | WO | PCTUS2008011871 | |
| 022 | ZA | 201003480 | |
| 028 | US (Prov) | 61/168.555 | |
| 028 | US | 12/386,493 | √ |
| 028 | AU | NA | |
| 028 | CA | NA | |
| 028 | EP | 97326896 | |
| 028 | IL | NA | |
| 028 | NZ | 589302 | |
| 028 | PCT | US2009/002426 | √ |
| 045 | US (Prov) | 61386909 | √ |
| 045 | WO | PCTUS2010057108 | √ |

# PEPTIMMUNE, INC.
## Active Trademark Portfolio Status as of: March 21, 2011

| Trademark | Country | Status | Appl. No. | Reg. No. |
|---|---|---|---|---|
| PEPTIMMUNE | USA | Registered | 75/265318 | 2578947 |
| PEPTIMMUNE | Canada | Registered | 856842 | 713731 |
| PEPTIMMUNE | European Community | Registered | 636134 | 636134 |
| PEPTIMMUNE | Japan | Registered | 9162391 | 4223174 |
|  | USA | Registered | 76/368230 | 3077027 |
|  | Canada | Registered | 1148988 | 713154 |
|  | European Community | Registered | 2798767 | 2798767 |
|  | USA | Registered | 76/368406 | 2825853 |
|  | Canada | Registered | 1198653 | 729670 |

| Trademark | Country | Status | Appl. No. | Reg. No. |
|---|---|---|---|---|
|  | India | Registered | 1260312 | 1260312 |
|  | European Community | Registered | 3513348 | 3513348 |
|  | India | Registered | 1275098 | 1275098 |
|  | Japan | Registered | 200421039 | 4896633 |
| PEPTIMMUNE | Australia | Registered | 992036 | 992036 |
| PEPTIMMUNE | India | Registered | 1275097 | 1275097 |
| PEPTIMMUNE | Israel | Registered | 216327 | 216327 |
| PEPTIMMUNE | New Zealand | Registered | 709135 | 709135 |
|  | New Zealand | Registered | 798558 | 798558 |

| Trademark | Country | Status | Appl. No. | Reg. No. |
|---|---|---|---|---|
|  | Israel | Registered | 216328 | 216328 |
|  | Australia | Registered | 1270575 | 1270575 |
| DECLION | USA | Pending | 77/916282 | |

B6D (Official Form 6D) (12/07)

In re **Peptimmune, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| __0__ continuation sheets attached | | | Subtotal (Total of this page) | | | | | |
| | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re    **Peptimmune, Inc.**                                                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Peptimmune, Inc.** _____ ,    Case No. _____
                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Bonnin, Dustan 44 Dalton Road Belmont, MA 02478 | - | | Severence 3/11/2011 | | | | 11,725.00 | 0.00 | 11,725.00 |
| Account No. Cassidy, Carole 21 Cutter Ave. #3 Somerville, MA 02144 | - | | Severence 3/11/2011 | | | | 11,725.00 | 0.00 | 11,725.00 |
| Account No. Mathers, Thomas P. 3 Ashland Road Boxford, MA 01921 | - | | Severence 3/11/2011 | | | | 11,725.00 | 0.00 | 11,725.00 |
| Account No. Zanelli, Eric 160 Woodside Road Sudbury, MA 01776 | - | | Severence 3/11/2011 | | | | 11,725.00 | 0.00 | 11,725.00 |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 46,900.00 | 46,900.00 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 46,900.00 | 46,900.00 |

B6F (Official Form 6F) (12/07)

In re    **Peptimmune, Inc.**                                                   ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | - | | 3/1/2010, 4/26/2010, 5/4/2010, 9/7/2010 Lease Agreement termination | | | X | |
| **Alkermes** **88 Sidney Street, 5th Floor** **Cambridge, MA 02139** | | | | | | | | | 730,249.00 |
| Account No. | | | - | | 9/28/2010 Analytical Chemistry | | | | |
| **AVOGADRO** **185 Alewife Brook Parkway, #410** **Cambridge, MA 02138** | | | | | | | | | 5,600.00 |
| Account No. | | | - | | 1/15/2011 Healthcare Savings Account maintenance | | | | |
| **Benefit Strategies, LLC** **PO Box 1300** **Manchester, NH 03105-1300** | | | | | | | | | 225.00 |
| Account No. | | | - | | 3/11/2011 Employment Agreement termination | | | | |
| **Bonnin, Dustan** **44 Dalton Road** **Belmont, MA 02478** | | | | | | | | | 56,775.00 |

_7_ continuation sheets attached

Subtotal
(Total of this page)                    792,849.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                         S/N:21117-110315    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Peptimmune, Inc.**                                              ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 3/11/2011 Employment Agreement termination | | | | |
| Cassidy, Carole 21 Cutter Ave. #3 Somerville, MA 02144 | | - | | | | | | 44,423.75 |
| Account No. | | | | 9/30/2010, 12/31/2010 Clinical Research | | | | |
| Copernicus Group IRB PO Box 110605 Durham, NC 27709 | | - | | | | | | 12,800.00 |
| Account No. | | | | 12/1/2010, 2/28/2011 | | | | |
| CT Corporation PO Box 4349 Carol Stream, IL 60197-4349 | | - | | | | | | 394.00 |
| Account No. 48457 | | | | 12/31/2010, 1/31/2011, 2/28/2011 Telephone services | | | | |
| DSCI Corporation PO Box 984001 Boston, MA 02298-4001 | | - | | | | | | 2,751.18 |
| Account No. 2262-4747-5 | | | | 12/17/10, 12/27/10, 12/31/10, 1/1/11, 1/17/11, 2/7/11, 2/14/11, 3/7/11 Shipping | | | | |
| Federal Express PO Box 371461 Pittsburgh, PA 15250-7461 | | - | | | | | | 1,574.17 |

Sheet no. __1__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

61,943.10

B6F (Official Form 6F) (12/07) - Cont.

In re   **Peptimmune, Inc.**                                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Fisher Clinical Services** **13741 Collections Center Drive** **Chicago, IL 60693** | - | | 9/16/2010, 10/19/2010, 11/16/2010, 12/8/2010, 1/18/2011, 2/16/2011, 3/4/2011 **Inventory storage (drug product)** | | | | 16,135.09 |
| Account No. **Frase Health Multiple Sclerosis Clinic** **3935 Kincaid St.** **Burnaby, BC, Canada** | - | | 1/1/2011 **Clinical Research** | | | | 7,500.00 |
| Account No. **Genzyme Corporation** **PO Box 360826** **Pittsburgh, PA 15251-6826** | - | | 9/27/2010, 11/22/2010 **Drug intermediates storage** | | | | 6,500.00 |
| Account No. **Harvard University** **PO Box 4999** **Boston, MA 02212** | - | | 9/30/2010, 12/31/2010, 2/23/2011 **Intellectual property licenses (active and terminated)** | | | X | 71,045.03 |
| Account No. **Holy Name Hospital MS Center** **718 Teaneck Road** **Teaneck, NJ 07666** | - | | 5/26/2010, 5/27/2010 **Clinical Research** | | | | 3,750.00 |

Sheet no. __2__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 104,930.12

B6F (Official Form 6F) (12/07) - Cont.

In re  **Peptimmune, Inc.**                                              ,  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Interactive Media Architects**<br>**14 Inn St.**<br>**Newburyport, MA 01950** | - | | | | 1/1/2011, 2/1/2011, 3/1/2011<br>Website hosting | | | | 300.00 |
| Account No.<br><br>**Kaminski, Michael**<br>**42 Coburn St.**<br>**Lynn, MA 01902** | - | | | | 3/8/2011<br>Accountant services | | | | 330.00 |
| Account No.<br><br>**Masy Systems, Inc.**<br>**10-4 Lomar Park Drive**<br>**PO Box 485**<br>**Pepperell, MA 01463** | - | | | | 1/1/2011, 2/1/2011, 3/2/2011<br>Inventory storage | | | | 3,960.00 |
| Account No.<br><br>**Mathers, Thomas P.**<br>**3 Ashland Road**<br>**Boxford, MA 01921** | - | | | | 3/11/2011<br>Employment Agreement termination | | | | 237,107.00 |
| Account No.<br><br>**MedinCell S.A.**<br>**Cap Alpha**<br>**Avenue de l'Europe**<br>**34830 CLAPIERS**<br>**France** | - | | | | Date Unknown<br>Trade Debt | | | X | 42,407.00 |

| Sheet no. __3__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 284,104.00 |
|---|---|---|

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Peptimmune, Inc.**                                               ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Metabolics Diagnostics, Inc. Suite 18 505 S. Rosa Rd. Madison, WI 53719** | - | | | | 3/24/2010 Research services | | | | 1,000.00 |
| Account No. **MetroHealth System 2500 MetroHealth Drive Cleveland, OH 44109** | - | | | | 9/23/2010 Clinical research | | | | 5,250.00 |
| Account No. **MIT-Technology Licensing Center One Cambridge Center, NE18-501 Cambridge, MA 02142** | | | | | 1/27/2011 Terminated License Agreement | | | X | 22,118.06 |
| Account No. **MPM Asset Management LLC 200 Clarendon Street 54th Floor Boston, MA 02116** | - | | | | 1/27/2011, 2/11/2011 Bridge loan | | | | 40,000.00 |
| Account No. **NEA Development Company 1119 St Paul St. Baltimore, MD 21202** | - | | | | 1/27/2011, 2/11/2011 Bridge loan | | | | 40,000.00 |

Sheet no. __4___ of __7___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **108,368.06**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Peptimmune, Inc.**                                                        ,          Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **200000545**<br><br>Quintiles<br>PO Box 13979<br>Durham, NC 27709 | - | | 5/19/2010, 6/14/2010, 7/8/2010, 8/6/2011, 8/10/2010, 9/9/2010, 9/14/2010<br>Clinical research (arbitration judgment) | | | | 653,174.89 |
| Account No. **10799**<br><br>Retrievex<br>PO Box 415938<br>Boston, MA 02241-4265 | - | | 1/1/2011, 2/1/2011, 3/1/2011<br>File storage | | | | 255.00 |
| Account No.<br><br>Saint Francis Medical Center<br>530 NE Glen Oak Avenue<br>Peoria, IL 61637 | - | | 10/28/2010<br>Clinical research | | | | 2,500.00 |
| Account No.<br><br>Southern Research Institute<br>Drawer 0375<br>PO Box 11407<br>Birmingham, AL 35246 | - | | 2/1/2011<br>Research services | | | | 8,200.00 |
| Account No.<br><br>Staples<br>Dept. BOS<br>PO Box 415256<br>Boston, MA 02241 | - | | 5/1/2010<br>Supplies | | | | 398.17 |

Sheet no. __5__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

664,528.06

B6F (Official Form 6F) (12/07) - Cont.

In re __Peptimmune, Inc._____ ,    Case No. _____

                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Summit Financial Corp.**<br>**7 New England Executive Park**<br>**Suite 220**<br>**Burlington, MA 01803** | - | | 1/4/2011<br>401(K) administration | | | | 2,025.00 |
| Account No. **454-5184-00 2**<br><br>**Sun Life & Health Insurance Company**<br>**Box No. 6168**<br>**Carol Stream, IL 60197** | - | | 1/20/2011, 2/17/2011<br>Life insurance | | | | 832.00 |
| Account No.<br><br>**ViewPoint Security, LLC**<br>**68 Mowry St.**<br>**Mendon, MA 01756** | - | | 3/8/2011<br>IT Services | | | | 187.50 |
| Account No. **0000115078**<br><br>**Western Institutional Review Board**<br>**PO Box 12029**<br>**Olympia, WA 98508** | - | | 1/1/2011<br>Clinical research | | | | 1,750.00 |
| Account No.<br><br>**William Gallagher Assoc.**<br>**470 Atlantic Ave.**<br>**Boston, MA 02210** | - | | 1/21/2011<br>Insurance premiums | | | | 5,331.00 |

Sheet no. __6__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       10,125.50

B6F (Official Form 6F) (12/07) - Cont.

In re   **Peptimmune, Inc.**                                          ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 3/11/2011 | | | | |
| Zanelli, Eric 160 Woodside Road Sudbury, MA 01776 | - | | Employment Agreement termination | | | | 100,775.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __7__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 100,775.00 |
| Total (Report on Summary of Schedules) | | 2,127,622.84 |

B6G (Official Form 6G) (12/07)

.

In re    **Peptimmune, Inc.**                                                    ,   Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Benefit Strategies, LLC**<br>**PO Box 1300**<br>**Manchester, NH 03105-1300** | **COBRA payments administrator** |
| **Blue Cross and Blue Shield**<br>**PO Box 371318**<br>**Pittsburgh, PA 15250-7318** | **Health insurance** |
| **Corden Pharma Switzerland**<br>**Eichenweg 1 CH-4410 Liestal**<br>**Switzerland** | **Storage of 1 kg of C013 TFA salt drug intermediates** |
| **Delta Dental Plan of Massachusetts**<br>**PO Box 415566**<br>**Boston, MA 02241-5566** | **Dental insurance** |
| **DSCI Corporation**<br>**PO Box 984001**<br>**Boston, MA 02298-4001** | **Telephone Services** |
| **Fisher Clinical Services**<br>**7554 Schantz Road**<br>**Allentown, PA 18106** | **Storage of drug substance and drug product (PI-2301); storage of placebo drug product** |
| **Interactive Media Architects**<br>**14 Inn St.**<br>**Newburyport, MA 01950** | **Website Services** |
| **Masy Systems, Inc.**<br>**10-4 Lomar Park Drive**<br>**P.O. Box 485**<br>**Pepperell, MA 01463** | **Storage of API powder, formulated syringes from Althea, reagents, DEEP samples, PI-2301 reference standards, etc.** |
| **President and Fellows**<br>**of Harvard University**<br>**Holyoke Center, Suite 727**<br>**1350 Massachusetts Ave.**<br>**Cambridge, MA 02138** | **License Agreement effective January 8, 2003 re: Harvard Case #1931** |
| **Retrievex**<br>**249 North Street**<br>**Danvers, MA 01923** | **Storage of company intellectual property files; QA archives, clinical study reports, regulatory files, etc.** |

0

____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re  **Peptimmune, Inc.** _____,  Case No. _____
                                              Debtor

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Massachusetts

In re   **Peptimmune, Inc.**                                                      Case No.
                                    Debtor(s)              Chapter      **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

   I, the President & CEO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**34**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **March 21, 2011**                   Signature   **/s/ Thomas P. Mathers**
                                                        **Thomas P. Mathers**
                                                        **President & CEO**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### District of Massachusetts

In re  **Peptimmune, Inc.**                                                                            Case No.

                                                      Debtor(s)                          Chapter        **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$26,493.00** | **Medivir Research Agreement 2009** |
| **$0.00** | **2010** |
| **$0.00** | **January 1, 2011 - present** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                        SOURCE

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Blue Cross and Blue Shield**<br>**PO Box 371318**<br>**Pittsburgh, PA 15250-7318** | **1/21/2011** | **$10,839.27** | **$0.00** |
| **Blue Cross and Blue Shield**<br>**PO Box 371318**<br>**Pittsburgh, PA 15250-7318** | **2/27/2011** | **$6,448.78** | **$0.00** |
| **Delta Dental Plan of Massachusetts**<br>**PO Box 415566**<br>**Boston, MA 02241-5566** | **1/2/2011** | **$965.11** | **$0.00** |
| **Delta Dental Plan of Massachusetts**<br>**PO Box 415566**<br>**Boston, MA 02241-5566** | **1/21/2011** | **$965.11** | **$0.00** |
| **Delta Dental Plan of Massachusetts**<br>**PO Box 415566**<br>**Boston, MA 02241-5566** | **2/27/2011** | **$507.70** | **$0.00** |
| **Federal Express**<br>**P.O. Box 360353**<br>**Pittsburgh, PA 15250-6353** | **2/27/2011** | **$63.23** | **$0.00** |
| **Fidal Direction Regionale**<br>**480 Avenue du Prado - BP 62**<br>**13266 Marseille cedex 8**<br>**France** | **12/23/2010** | **$2,595.59** | **$0.00** |
| **IronMountain**<br>**PO Box 27129**<br>**New York, NY 10087-7129** | **1/29/2011** | **$770.00** | **$0.00** |
| **MBTA**<br>**PO Box 55105**<br>**Boston, MA 02205** | **1/19/2011** | **$59.00** | **$0.00** |
| **MBTA**<br>**PO Box 55105**<br>**Boston, MA 02205** | **2/23/2011** | **$59.00** | **$0.00** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **NW Trust**<br>**16605 Cleveland Lane**<br>**Umatilla, FL 32784-8818** | **12/29/2010** | **$720.30** | **$0.00** |
| **Pitney Bowes Global Financial Services**<br>**PO Box 371887**<br>**Pittsburgh, PA 15250-7887** | **1/29/2011** | **$442.39** | **$0.00** |
| **Silicon Valley Bank**<br>**3003 Tasman Drive**<br>**Santa Clara, CA 95054** | **12/27/2010** | **$150.66** | **$0.00** |
| **Silicon Valley Bank**<br>**3003 Tasman Drive**<br>**Santa Clara, CA 95054** | **1/3/2011** | **$35.00** | **$0.00** |
| **Silicon Valley Bank**<br>**3003 Tasman Drive**<br>**Santa Clara, CA 95054** | **1/26/2011** | **$184.55** | **$0.00** |
| **Silicon Valley Bank**<br>**3003 Tasman Drive**<br>**Santa Clara, CA 95054** | **2/28/2011** | **$215.43** | **$0.00** |
| **Summit Financial Corp.**<br>**7 New England Executive Park**<br>**Suite 220**<br>**Burlington, MA 01803** | **1/2/2011** | **$1,012.50** | **$0.00** |
| **Sun Life & Health Insurance Company**<br>**Box No. 6168**<br>**Carol Stream, IL 60197** | **1/2/2011** | **$404.20** | **$0.00** |
| **ViewPoint Security, LLC**<br>**68 Mowry St.**<br>**Mendon, MA 01756** | **2/12/2011** | **$156.25** | **$0.00** |
| **William Gallagher Assoc.**<br>**470 Atlantic Ave.**<br>**Boston, MA 02210** | **1/21/2011** | **$3,872.00** | **$0.00** |
| **William Gallagher Assoc.**<br>**470 Atlantic Ave.**<br>**Boston, MA 02210** | **1/21/2011** | **$290.00** | **$0.00** |
| **ADP**<br>**225 Second Ave.**<br>**Waltham, MA 02454** | **12/29/2010** | **$2,652.75** | **$0.00** |
| **ADP**<br>**225 Second Ave.**<br>**Waltham, MA 02454** | **12/29/2010** | **$29,585.52** | **$0.00** |
| **ADP**<br>**225 Second Ave.**<br>**Waltham, MA 02454** | **12/29/2010** | **$9,777.06** | **$0.00** |
| **ADP**<br>**225 Second Ave.**<br>**Waltham, MA 02454** | **1/7/2011** | **$66.45** | **$0.00** |
| **ADP**<br>**225 Second Ave.**<br>**Waltham, MA 02454** | **1/7/2011** | **$119.10** | **$0.00** |
| **ADP**<br>**225 Second Ave.**<br>**Waltham, MA 02454** | **1/13/2011** | **$2,370.00** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| ADP<br>225 Second Ave.<br>Waltham, MA 02454 | 1/13/2011 | $22,392.24 | $0.00 |
| ADP<br>225 Second Ave.<br>Waltham, MA 02454 | 1/13/2011 | $14,419.67 | $0.00 |
| ADP<br>225 Second Ave.<br>Waltham, MA 02454 | 1/14/2011 | $88.00 | $0.00 |
| ADP<br>225 Second Ave.<br>Waltham, MA 02454 | 1/14/2011 | $294.75 | $0.00 |
| ADP<br>225 Second Ave.<br>Waltham, MA 02454 | 1/21/2011 | $66.45 | $0.00 |
| ADP<br>225 Second Ave.<br>Waltham, MA 02454 | 1/21/2011 | $119.10 | $0.00 |
| ADP<br>225 Second Ave.<br>Waltham, MA 02454 | 1/27/2011 | $2,370.00 | $0.00 |
| ADP<br>225 Second Ave.<br>Waltham, MA 02454 | 1/27/2011 | $22,367.15 | $0.00 |
| ADP<br>225 Second Ave.<br>Waltham, MA 02454 | 1/27/2011 | $13,619.43 | $0.00 |
| ADP<br>225 Second Ave.<br>Waltham, MA 02454 | 2/10/2011 | $2,040.00 | $0.00 |
| ADP<br>225 Second Ave.<br>Waltham, MA 02454 | 2/10/2011 | $22,275.42 | $0.00 |
| ADP<br>225 Second Ave.<br>Waltham, MA 02454 | 2/10/2011 | $13,334.83 | $0.00 |
| ADP<br>225 Second Ave.<br>Waltham, MA 02454 | 2/10/2011 | $66.45 | $0.00 |
| ADP<br>225 Second Ave.<br>Waltham, MA 02454 | 2/10/2011 | $119.10 | $0.00 |
| ADP<br>225 Second Ave.<br>Waltham, MA 02454 | 2/18/2011 | $66.00 | $0.00 |
| ADP<br>225 Second Ave.<br>Waltham, MA 02454 | 2/18/2011 | $325.85 | $0.00 |
| ADP<br>225 Second Ave.<br>Waltham, MA 02454 | 2/24/2011 | $2,328.75 | $0.00 |

5

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **ADP**<br>225 Second Ave.<br>Waltham, MA 02454 | **2/24/2011** | **$22,215.03** | **$0.00** |
| **ADP**<br>225 Second Ave.<br>Waltham, MA 02454 | **2/24/2011** | **$13,100.60** | **$0.00** |
| **ADP**<br>225 Second Ave.<br>Waltham, MA 02454 | **2/24/2011** | **$75.00** | **$0.00** |
| **ADP**<br>225 Second Ave.<br>Waltham, MA 02454 | **2/24/2011** | **$131.25** | **$0.00** |
| **ADP**<br>225 Second Ave.<br>Waltham, MA 02454 | **3/4/2011** | **$66.45** | **$0.00** |
| **ADP**<br>225 Second Ave.<br>Waltham, MA 02454 | **3/4/2011** | **$119.10** | **$0.00** |
| **ADP**<br>225 Second Ave.<br>Waltham, MA 02454 | **3/11/2011** | **$34,928.89** | **$0.00** |
| **Ropes & Gray LLP**<br>**Prudential Tower**<br>**800 Boylston Street**<br>**Boston, MA 02199-3600** | **Received compensation during the 90-day preference period from a retainer posted by the Debtor prior to the 90-day period; retainer depleted on 3/18/11 and balance written off** | **$0.00** | **$0.00** |

None ☐　c.　*All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Price, Fred**<br>**64 Quarry Lane**<br>**Bedford, NY 10506**<br>　**Board Member** | **April 2010 ($10,000.00)**<br>**May 2010 ($10,000.00)**<br>**June 2010 ($10,000.00)**<br>**July 2010 ($10,000.00)** | **$40,000.00** | **$0.00** |
| **Cassidy, Carole**<br>**21 Cutter Ave.**<br>**#3**<br>**Somerville, MA 02144**<br>　**Secretary** | **Gross Earnings 2010 ($122,818.14)**<br>**1/1/2011 - 3/12/2011 ($22,923.81)** | **$145,741.95** | **$0.00** |
| **Mathers, Thomas P.**<br>**3 Ashland Road**<br>**Boxford, MA 01921**<br>　**President, Chief Executive Officer, and Treasurer** | **Gross Earnings 2010 ($364,152.67)**<br>**1/1/2011 - 3/12/2011 ($67,727.06)** | **$431,879.73** | **$0.00** |
| **Zanelli, Eric**<br>**160 Woodside Road**<br>**Sudbury, MA 01776**<br>　**Vice President** | **Gross Earnings 2010 ($233,110.16)**<br>**1/1/2011 - 3/12/2011 ($45930.29)** | **$279,040.45** | **$0.00** |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Alkermes v. Peptimmune, Inc.** **Civil Action No. 10-4704** | **Breach of lease** | **MA Superior Court** | **Ongoing** |
| **In the Matter of Quintiles, Inc. and Peptimmune, Inc.** **Matter No. 31 122 Y 00353 10** | **Nonpayment of services** | **American Arbitration Association** | **Ongoing** |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

7

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ropes & Gray LLP**<br>**Prudential Tower**<br>**800 Boylston Street**<br>**Boston, MA 02199-3600** | **3/21/2010 - 3/21/2011** | **$42,851.25** |

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Silicon Valley Bank**<br>**3003 Tasman Drive**<br>**Santa Clara, CA 95054** | **CD, 3886, $0 balance** | **$30,000 2/23/10** |

8

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 64 Sidney St. Cambridge, MA 02139 | Peptimmune, Inc. | 1/1/09-6/30/10 |
| 300 Putnam Ave. Cambridge, MA 02139 | Peptimmune, Inc. | 1/1/08-12/31/09 |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
■  or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
■  Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■  the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
☐  ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Declion Pharmaceuticals Inc.** | 90-0597187 | **3 Ashland Road Boxford, MA 01921** | **Pharmaceutical research and development** | **8/5/2010 - Present** |

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole
proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above,
within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go
directly to the signature page.)*

**19. Books, records and financial statements**

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Cassidy, Carole**<br>**21 Cutter Ave.**<br>**#3**<br>**Somerville, MA 02144** | **3/2005-present** |
| **Kaminski, Michael**<br>**42 Coburn St.**<br>**Lynn, MA 01902** | **2004-present** |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Vitale Caturano & Co.** | **80 City Square**<br>**Charlestown, MA 02129** | **Q1 2009** |
| **PriceWaterhouseCoopers** | **125 High Street**<br>**Boston, MA 02110** | **Q1 2009** |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Cassidy, Carole**<br>**3/2005-present** | **21 Cutter Ave.**<br>**#3**<br>**Somerville, MA 02144** |
| **Kaminski, Michael**<br>**2004-present** | **42 Coburn St.**<br>**Lynn, MA 01902** |

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐     controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Barrett, Jim**<br>**NEA Development Company**<br>**1119 St Paul St.**<br>**Baltimore, MD 21202** | **Board Member** | **Preferred Shareholder 30.43% FD**<br>**\*Resigned as of filing of this voluntary petition** |
| **Evnin, Luke**<br>**MPM Asset Management LLC**<br>**200 Clarendon Street**<br>**54th Floor**<br>**Boston, MA 02116** | **Board Member** | **Preferred Shareholder 30.43% FD**<br>**\*Resigned as of filing of this voluntary petition** |
| **Price, Fred**<br>**64 Quarry Lane**<br>**Bedford, NY 10506** | **Board Member** | **\*Resigned as of filing of this voluntary petition** |
| **Mathers, Thomas P.**<br>**3 Ashland Road**<br>**Boxford, MA 01921** | **Board Member** | **\*Resigned as of filing of this voluntary petition** |
| **Mathers, Thomas P.**<br>**3 Ashland Road**<br>**Boxford, MA 01921** | **President, Chief Executive Officer, and Treasurer** | **\*Employment ended on March 11, 2011** |
| **Zanelli, Eric**<br>**160 Woodside Road**<br>**Sudbury, MA 01776** | **Vice President** | **\*Employment ended on March 11, 2011** |
| **Cassidy, Carole**<br>**21 Cutter Ave.**<br>**#3**<br>**Somerville, MA 02144** | **Secretary** | **\*Employment ended on March 11, 2011** |

---

**22 . Former partners, officers, directors and shareholders**

None  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■     commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
☐     immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **See response to 21.b** | | |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
■     in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
      commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ☐

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)
**Peptimmune, Inc.**                                              **04-3589981**

**25. Pension Funds.**

None ■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                          TAXPAYER IDENTIFICATION NUMBER (EIN)

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **March 21, 2011**                    Signature  **/s/ Thomas P. Mathers**
                                                          **Thomas P. Mathers**
                                                          **President & CEO**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### District of Massachusetts

In re    **Peptimmune, Inc.** _____    Case No. _____
                                                        Debtor(s)    Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **42,851.25** |
| Prior to the filing of this statement I have received | $ | **42,851.25** |
| Balance Due | $ | **0.00** |

2.    The source of the compensation paid to me was:

   ☒ Debtor    ☐ Other (specify):

3.    The source of compensation to be paid to me is:

   ☒ Debtor    ☐ Other (specify):

4.    ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render certain legal service in the bankruptcy case, including:

   a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.    Preparation and filing of any petition, schedules, and statement of affairs which may be required; and
   c.    Representation of the debtor at the meeting of creditors and any adjourned hearings thereof.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **March 21, 2011** _____        /s/ **James M. Wilton** _____
                                                            **James M. Wilton**
                                                            **Ropes & Gray LLP**
                                                            **Prudential Tower**
                                                            **800 Boylston Street**
                                                            **Boston, MA 02199-3600**
                                                            **617-951-7000  Fax: 617-951-7050**

---

# United States Bankruptcy Court
## District of Massachusetts

In re  **Peptimmune, Inc.**

Debtor(s)

Case No.

Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President & CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **March 21, 2011**

**/s/ Thomas P. Mathers**

**Thomas P. Mathers**/**President & CEO**
Signer/Title

ALKERMES
88 SIDNEY STREET, 5TH FLOOR
CAMBRIDGE, MA 02139

AVOGADRO
MAIRE LANDEL ASSOCIATES
185 ALEWIFE BROOK PARKWAY, #410
CAMBRIDGE, MA 02138

BENEFIT STRATEGIES, LLC
PO BOX 1300
MANCHESTER, NH 03105-1300

BLUE CROSS AND BLUE SHIELD
PO BOX 371318
PITTSBURGH, PA 15250-7318

BONNIN, DUSTAN
44 DALTON ROAD
BELMONT, MA 02478

CASSIDY, CAROLE
21 CUTTER AVE.
#3
SOMERVILLE, MA 02144

COMMONWEALTH OF MASSACHUSETTS
DIVISION OF UNEMPLOYMENT ASSISTANCE
BANKRUPTCY UNIT, 5TH FL
ATTN: CHIEF COUNSEL, 19 STANIFORD ST.
BOSTON, MA 02114-2502

COPERNICUS GROUP IRB
PO BOX 110605
DURHAM, NC 27709

CORDEN PHARMA SWITZERLAND
EICHENWEG 1 CH-4410 LIESTAL
SWITZERLAND

CT CORPORATION
PO BOX 4349
CAROL STREAM, IL 60197-4349

DELTA DENTAL PLAN OF MASSACHUSETTS
PO BOX 415566
BOSTON, MA 02241-5566

DSCI CORPORATION
PO BOX 984001
BOSTON, MA 02298-4001

FEDERAL EXPRESS
PO BOX 371461
PITTSBURGH, PA 15250-7461

FISHER CLINICAL SERVICES
13741 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

FISHER CLINICAL SERVICES
7554 SCHANTZ ROAD
ALLENTOWN, PA 18106

FRASE HEALTH MULTIPLE SCLEROSIS CLINIC
3935 KINCAID ST.
BURNABY, BC, CANADA

GENZYME CORPORATION
PO BOX 360826
PITTSBURGH, PA 15251-6826

HARVARD UNIVERSITY
PO BOX 4999
BOSTON, MA 02212

HOLY NAME HOSPITAL MS CENTER
718 TENECK ROAD
TEANECK, NJ 07666

INTERACTIVE MEDIA ARCHITECTS
14 INN ST.
NEWBURYPORT, MA 01950

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

KAMINSKI, MICHAEL
42 COBURN ST.
LYNN, MA 01902

MASACHUSETTS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
P.O. BOX 9564
BOSTON, MA 02114-9564

MASY SYSTEMS, INC.
10-4 LOMAR PARK DRIVE
P.O. BOX 485
PEPPERELL, MA 01463

MATHERS, THOMAS P.
3 ASHLAND ROAD
BOXFORD, MA 01921

MEDINCELL S.A.
CAP ALPHA
AVENUE DE L'EUROPE
34830 CLAPIERS
FRANCE

METABOLICS DIAGNOSTICS, INC.
SUITE 18
505 S. ROSA RD.
MADISON, WI 53719

METROHEALTH SYSTEM
2500 METROHEALTH DRIVE
CLEVELAND, OH 44109

MIT-TECHNOLOGY LICENSING CENTER
ONE CAMBRIDGE CENTER, NE18-501
CAMBRIDGE, MA 02142

MPM ASSET MANAGEMENT LLC
200 CLARENDON STREET
54TH FLOOR
BOSTON, MA 02116

NEA DEVELOPMENT COMPANY
1119 ST PAUL ST.
BALTIMORE, MD 21202

OFFICE OF THE ATTORNEY GENERAL
COMMONWEALTH OF MASSACHUSETTS
ONE ASHBURTON PLACE
BOSTON, MA 02108

PRESIDENT AND FELLOWS
OF HARVARD UNIVERSITY
HOLYOKE CENTER, SUITE 727
1350 MASSACHUSETTS AVE.
CAMBRIDGE, MA 02138

QUINTILES
PO BOX 13979
DURHAM, NC 27709

QUINTILES, INC.
PO BOX 601070
CHARLOTTE, NC 28260-1070

RETRIEVEX
PO BOX 415938
BOSTON, MA 02241-4265

RETRIEVEX
249 NORTH STREET
DANVERS, MA 01923

SAINT FRANCIS MEDICAL CENTER
530 NE GLEN OAK AVENUE
PEORIA, IL 61637

SECURITIES AND EXCHANGE COMMISSION
BOSTON DISTRICT OFFICE
73 TREMONT STREET, 6TH FLOOR
BOSTON, MA 02108

SECURITIES AND EXCHANGE COMMISSION
450 FIFTH STREET, N.W.
WASHINGTON, DC 20549

SOUTHERN RESEARCH INSTITUTE
DRAWER 0375
PO BOX 11407
BIRMINGHAM, AL 35246

STAPLES
DEPT. BOS
PO BOX 415256
BOSTON, MA 02241

SUMMIT FINANCIAL CORP.
7 NEW ENGLAND EXECUTIVE PARK
SUITE 220
BURLINGTON, MA 01803

SUN LIFE & HEALTH INSURANCE COMPANY
BOX NO. 6168
CAROL STREAM, IL 60197

UNITED STATES ATTORNEY
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
ONE COURTHOUSE WAY, SUITE 9200
BOSTON, MA 02210

VIEWPOINT SECURITY, LLC
68 MOWRY ST.
MENDON, MA 01756

WESTERN INSTITUTIONAL REVIEW BOARD
PO BOX 12029
OLYMPIA, WA 98508

WILLIAM GALLAGHER ASSOC.
470 ATLANTIC AVE.
BOSTON, MA 02210

ZANELLI, ERIC
160 WOODSIDE ROAD
SUDBURY, MA 01776

# United States Bankruptcy Court
## District of Massachusetts

In re    __Peptimmune, Inc.__             Case No. _____

                                      Debtor(s)          Chapter     __7__


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __Peptimmune, Inc.__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

| | |
|---|---|
| **MPM Asset Management LLC**<br>**200 Clarendon Street**<br>**54th Floor**<br>**Boston, MA 02116** | **30.4%** |
| **MPM Novartis**<br>**200 Clarendon Street**<br>**54th Floor**<br>**Boston, MA 02116** | **17.16%** |
| **NEA Development Company**<br>**1119 St Paul St.**<br>**Baltimore, MD 21202** | **30.4%** |


☐ None [*Check if applicable*]


__March 21, 2011__                    __/s/ James M. Wilton__

Date                                 **James M. Wilton**

                                         Signature of Attorney or Litigant

                                         Counsel for    __Peptimmune, Inc.__

                                         **Ropes & Gray LLP**

                                         **Prudential Tower**<br>                                         **800 Boylston Street**<br>                                         **Boston, MA 02199-3600**<br>                                         **617-951-7000 Fax:617-951-7050**