# Exhibit A

## Schedule of PI-2301 Patents and Patent Applications

All patents and patent applications owned or controlled by Peptimmune as listed herein, all divisional, continuation, and continuation-in-part applications of any such patent applications, all patents issuing from any of the foregoing applications, all reissues, reexaminations and extensions.

| Patent Family | Descriptive Title |
|---|---|
| 008 | METHODS OF TREATING DISEASE WITH RANDOM COPOLYMERS |
| 017 | COPOLYMERS FOR THE SUPPRESSION OF AUTOIMMUNE DISEASES, AND METHODS OF USE |
| 024 | METHOD FOR QUANTITATIVE DETERMINATION OF COMPLEX PEPTIDE MIXTURES IN A TISSUE SAMPLE. |
| 037 | METHODS FOR IMPROVING THE DESIGN, BIOAVAILABILITY, AND EFFICACY OF COMPLEX PEPTIDE MIXTURES VIA SERUM PROTEIN-BASED DETECTION OF COMPLEX PEPTIDE MIXTURES |

| Family | country | SERIAL NUMBER |
|---|---|---|
| 008 | US (Prov) | 60/569292 |
| 008 | US (Prov) | 60/663333 |
| 008 | US | 11/283,405 |
| 008 | US | 11/283,406 |
| 008 | US | 12/637,723 |
| 008 | US (prov) | 60/792,177 |
| 008 | US (prov) | 60/792,176 |
| 008 | Australia (div) | 2005251686 |
| 008 | Australia | 2006333437 |
| 008 | Australia | 2006315284 |
| 008 | Australia | 2005244814 |
| 008 | Brazil | PI05107385 |
| 008 | Canada | 2,565,703 |
| 008 | Canada | 2,565,819 |
| 008 | Canada | 2,630,364 |
| 008 | Canada | 2,630,323 |
| 008 | China | 2005 800227565 |
| 008 | Europe | 5783041.6 |
| 008 | Europe | 68379239 |
| 008 | Europe | 683380419 |
| 008 | Europe | 5779362.2 |
| 008 | Hong Kong | 7108858.7 |
| 008 | Hong Kong | 91005442 |
| 008 | Hong Kong | 71088578 |
| 008 | Hong Kong | 7108857.8 |

Page 2

| 008 | Israel | 179074 |
| --- | --- | --- |
| 008 | Israel | 179075 |
| 008 | India | 6755/DELNP/2006 |
| 008 | Japan | 2007-511720 |
| 008 | Japan | 2008541372 |
| 008 | Japan | 2008541401 |
| 008 | Japan | 2007-511722 |
| 008 | South Korea | 2006-7025802 |
| 008 | Mexico | PA/a/2006/012864 |
| 008 | Norway | 20065653 |
| 008 | New Zealand | 551236 |
| 008 | Russia | 2006143334 |
| 008 | PCT 2 | PCT/US2006/044699 |
| 008 | PCT 3 | PCT/US2006/044864 |
| 008 | US (Prov) | 61/131,540 |
| 017 | US (Prov) | 60/326,705 |
| 017 | US | 10/406,783 |
| 017 | PCT | PCT/US2002/31399 |
| 017 | NZ | 532199 |
| 017 | EP | 02800437.2 |
| 017 | HU | P04 01863 |
| 017 | IL | 161,121 |
| 017 | JP | 2003-532522 |
| 017 | NO | 20041759 |
| 017 | ZA | 2004/2601 |
| 017 | AU | 2002362445 |
| 017 | CA | 2,462,459 |
| 017 | CA2 | 2,614,171 |
| 024 | US (Prov) | 61/007,091 |
| 024 | US (Prov) | 61/131,540 |
| 024 | PCT | PCT/US2008/013590 |
| 024 | US | 12/316,297 |
| 037 | US (Prov) | 61/281,470 |
| 037 | WO | PCTUS2010057106 |