# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (BOSTON)

In re:

PEPTIMMUNE, INC.,

Debtor.

Chapter 7
Case No. 11-12298 wch

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for QUINTILES, INC. and, pursuant to 11 U.S.C. §1109(b), Fed. R. Bankr. P. 9010(b) and MLBR 9010-3(c), specifically requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the address set forth below.

QUINTILES, INC.,

By its attorney,

/s/ William J. Hanlon
William J. Hanlon (BBO# 551878)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA  02210
Telephone:    617-946-4800
Telecopier:    617-946-4801
DATED: April 1, 2011          Email:  whanlon@seyfarth.com

13273262v.1

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## (BOSTON)

| | |
|---|---|
| In re:<br><br>PEPTIMMUNE, INC.,<br><br>Debtor. | Chapter 7<br>Case No. 11-12298 wch |

## CERTIFICATE OF SERVICE

    I, William J. Hanlon, hereby certify that on April 1, 2011, the Notice of Appearance and Request for Notices and Pleadings Filed by Creditor Quintiles, Inc. ("Notice") was served electronically upon those parties as identified in the Notice of Electronic Filing and paper copies of the Notice were served on those listed as non-registered participants by first class mail.

                      QUINTILES, INC.,

                      By its attorney,

                      /s/ William J. Hanlon
                      William J. Hanlon (BBO# 551878)
                      SEYFARTH SHAW LLP
                      World Trade Center East
                      Two Seaport Lane, Suite 300
                      Boston, MA  02210
                      Telephone:    617-946-4800
                      Telecopier:    617-946-4801
DATED: April 1, 2011          Email:  whanlon@seyfarth.com

13273262v.1