## Exhibit A

### Purchased Assets

1. All capital stock (100 Shares) of Déclion Pharmaceuticals, Inc. and Déclion SAS

2. Laptop/computer equipment with un-depreciated value $2,272.48

3. All "DEEP" Patents and Patent Applications as listed on Schedule B of Peptimmune petition under Chapter 7 and attached as Exhibit B to this OFFER (collectively, "Patents");

4. U.S. Trademark application number 77/916282 for "DECLION" - status Pending and all good will associated therewith ("Trademarks");

5. All registered and unregistered copyrights, domain names declionpharm.com and decliontx.com, computer programs, and computer software related solely to the Purchased Assets ("Copyrights");

6. All know-how, trade secrets, formulae, processes, and manufacturing know how, related solely to the Purchased Assets ("Know How");

7. All claims and causes of action for infringement or otherwise related to the Patents, Trademarks, Copyrights or Know How;

8. Materials, including assays, relating to the Purchased Assets;

9. All files, documents, data, study reports, audit reports, and other information in Seller's possession or control related to preclinical testing, studies and clinical trials of the Purchased Assets;

10. All data, reports, protocols, standard operating procedures, methods, models, screens, assays, pre-clinical and clinical trial data, data created with a view to producing registrations, chemical, pharmacological, toxicological, clinical, analytical, quality control, and safety data in Seller's possession or control related to the Purchased Assets;

11. All (a) compounds, reagents, intermediates and research samples related to the Purchased Assets; and (b) other documents, files, diagrams, specifications, designs, schematics, reports, records, laboratory notebooks, manufacturing and other materials, packaging, commercial or other market information, chain of ownership, prototypes, test devices, models, or simulations in Seller's possession or control related solely to the Purchased Assets;

12. Any and all good and usable inventory of Seller (whether raw materials, work-in-process, or finished goods) related solely to the Purchased Assets, together with related packaging materials, product samples, and all rights to acquire such inventory in the possession or control of third parties to include inventory detailed in Table 1 and stored at:

    Masy Systems, Inc.
    10-4 Lomar Park Drive
    P. O. Box 485
    Pepperell, MA 01463
    978-433-MASY (6279) - x122

**Table 1**

|  | DEEP |
|---|---|
| Ambient |  |
| 5C | 1 rack |
| -20C | 2 Bags |
| -80C | 1 Rack, 35 Large Boxes, 14 Small Boxes, Cryo Box |

## Schedule of "DEEP" Patents and Patent Applications

All patents and patent applications owned or controlled by Peptimmune as listed herein, all divisional, continuation, and continuation-in-part applications of any such patent applcations, all patents issuing from any of the foregoing applications, all reissues, reexaminations and extensions.

Legend

| Patent Family | Descriptive Title |
|---|---|
| 014 | METHODS FOR DESIGNING AND SYNTHESIZING DIRECTED SEQUENCE POLYMER COMPOSITIONS VIA THE DIRECTED EXPANSION OF EPITOPE PERMEABILITY |
| 020 | METHODS FOR THE DIRECTED EXPANSION OF EPITOPES FOR USE AS ANTIBODY LIGANDS |
| 022 | METHODS FOR DESIGNING AND PREPARING VACCINES COMPRISING DIRECTED SEQUENCE POLYMER COMPOSITIONS VIA THE DIRECTED EXPANSION OF EPITOPES |
| 028 | DESIGN AND SYNTHESIS OF DIRECTED SEQUENCE POLYMER COMPOSITIONS AND ANTIBODIES THEREOF FOR THE TREATMENT OF PROTEIN CONFORMATIONAL DISORDERS |
| 045 | METHODS FOR IMPROVING THE DESIGN, BIOAVAILABILITY, AND EFFICACY OF COMPLEX PEPTIDE MIXTURES VIA SERUM PROTEIN-BASED DETECTION OF COMPLEX PEPTIDE MIXTURES |

Peptimmune controlled Patents & Patent Applications.

| Family | country | SERIAL NUMBER | Assigned to Declion |
|---|---|---|---|
| 014 | US (Prov) | 60/792,085 | |
| 014 | US (P01) | 11/787,229 | √ |
| 014 | PCT | PCT/US2007/009149 | √ |
| 014 | AU | 2007238595 | |
| 014 | CA | 2 649 296 | |
| 014 | EP | 07755426.9 | |
| 014 | HK | 91066359 | |
| 014 | JP | 2009505502 | |
| 020 | US (Prov) | 60/928,225 | √ |
| 020 | US (Prov) | 60/999,283 | √ |
| 020 | PCT | US2008/005919 | √ |
| 020 | US | 12/151,762 | √ |
| 020 | US (371) | 12/451,323 | √ |
| 020 | AU | 2008287530 | |

| Family | country | SERIAL NUMBER | Assigned to Declion |
|---|---|---|---|
| 020 | BR | PI08112932 | |
| 020 | CA | 2,686,817 | |
| 020 | EP | 88273206 | |
| 020 | HK | 101083015 | |
| 020 | IL | 201997 | |
| 020 | IN | 7251DELNP2009 | |
| 020 | NZ | 581190 | |
| 020 | KR | 10-2009-7025559 | |
| 020 | MX | MX/a/2009/012085 | |
| 020 | JP | 2010-507464 | |
| 020 | CN | 200880023441.6 | |
| 020 | ZA | 2009/08142 | |
| 022 | US (Prov) | 60/999,284 | √ |
| 022 | US (Prov) | 61/124,689 | √ |
| 022 | US (Prov) | 61/196,473 | √ |
| 022 | PCT | US2008/011871 | √ |
| 022 | US | 12/288,345 | √ |
| 022 | AP | APP2010005261 | |
| 022 | AU | 2008311897 | |
| 022 | BR | PI08176825 | |
| 022 | CA | 2709679 | |
| 022 | EP | 88395009 | |
| 022 | IL | 205171 | |
| 022 | IN | 3428DELNP2010 | |
| 022 | KR | · 1.02011E+12 | |
| 022 | NZ | 585367 | |
| 022 | OA | 1201000143 | |
| 022 | SG | 2010027035 | |
| 022 | WO | PCTUS2008011871 | |
| 022 | ZA | 201003480 | |
| 028 | US (Prov) | 61/168.555 | |
| 028 | US | 12/386,493 | √ |
| 028 | AU | NA | |
| 028 | CA | NA | |
| 028 | EP | 97326896 | |
| 028 | IL | NA | |
| 028 | NZ | 589302 | |
| 028 | PCT | US2009/002426 | √ |
| 045 | US (Prov) | 61386909 | √ |
| 045 | WO | PCTUS2010057108 | √ |